UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Herc Rentals Inc.,<br><br>Plaintiff,<br><br>v.<br><br>The Ohio Casualty Insurance Company, Bond Nos. 023234150 and 023234151, and Faber Construction Corporation,<br><br>Defendants. | Case No. 2:26-cv-00849-JHC<br><br>**ORDER RE: PLAINTIFF'S MOTION TO COMPEL** |

THIS MATTER comes before the Court on Plaintiff Herc Rentals Inc.'s Motion to Compel. Dkt. # 28. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised the Court GRANTS the motion in part and DENIES it in part.

The Court ORDERS Faber to (1) substantially complete its production of documents responsive to Herc's First Requests for Production; and (2) produce all ESI, including documents previously produced as PDFs, (a) in native format or (b) as TIFF images with extracted text and a standard load file, together with all associated metadata – both (1) and (2) must be completed by November 13, 2026.

Because Plaintiff did not initially request a discovery conference, the Court DENIES its request for fees and costs.

DATED this 21st day of October, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE